No. 86–1906. HOLZER v. UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McNally* v. *United States*, 483 U. S. 350 (1987).

No. 86–6641. GRAY v. UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief filed June 17, 1987.

No. 87–8. BURROUGHS ET AL. v. HIGGINS. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *O'Lone* v. *Estate of Shabazz*, 482 U. S. 342 (1987).

No. 87–24. MOORE ET AL. v. BECHTEL POWER CORP. ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *West* v. *Conrail*, 481 U. S. 35 (1987).

No. 87–28. PICKETT ET AL. v. CHAPMAN. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Anderson* v. *Creighton*, 483 U. S. 635 (1987).

No. 87–161. COPELAND v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hitchcock* v. *Dugger*, 481 U. S. 393 (1987).

No. 86–7029. LEWIS v. UNITED STATES. C. A. 9th Cir. Certiorari dismissed. *Warden* v. *Palermo*, 431 U. S. 911 (1977).

No. — — ——. FARNUM v. COMMISSIONER OF PATENTS AND TRADEMARKS; and
No. — — ——. UHLMANN-KIHEI, INC., ET AL. v. GAH, INC. Motions to direct the Clerk to file the petitions for writs of certiorari out of time denied.